# EXHIBIT A

**CONSENT TO JOIN**
**PURSUANT TO 29 U.S.C. §216(b)**

1.    I, _Kasana Cockrell_____, hereby consent and agree to become a party plaintiff class in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer, Spring Home Health Care, LLC, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2.    I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by the Court or an arbitrator as fair, adequate, and reasonable.

DATE:_Jan 14, 2021_____            SIGNATURE:_*Kasana R Cockrell*_____
                                     Kasana R Cockrell (Jan 14, 2021 19:05 EST)

Kasana Cockrell
PRINTED NAME