# EXHIBIT A

**DECLARATION OF KASANA COCKRELL**

Kasana Cockrell declares as follows:

1. I have direct and personal knowledge of the facts stated herein.

2. I am competent to testify to the matters contained herein.

3. I was employed by Spring Home Health Care LLC ("SHHC") as a non-exempt, hourly Home Health Aide ("HHA") from August 2019 to February 2021.

4. SHHC employs home health employees to provide in-home healthcare services, such as in-home health services, companionship services, domestic services, and home care.

5. SHHC's home health employees are paid on an hourly basis. We regularly worked 40 or more hours per week.

6. The following information is representative for how SHHC failed to properly pay its home health employees. My base hourly rate of pay was paid $12.00 per hour. However, instead of paying me $12.00 per hour for all hours worked, SHHC devised an illegal pay structure to avoid paying overtime to its home health employees at the proper overtime rate. Specifically, although my base hourly rate was $12.00 per hour, SHHC split my hourly pay up on my paychecks into multiple line items. My paychecks reflected that I was paid Ohio's minimum wage of $8.70 per hour for all regular hours worked – 80 hours in a biweekly pay period. However, my minimum wage pay was supplemented with "Documenting, Mileage." When the amounts paid for Regular Pay and Documenting, Mileage were added together and divided by the hours worked, my actual base hourly rate of pay of $12.00 per hour was clear.

7. For example, for the pay period beginning October 4, 2020 and ending October 17, 2020[1], I worked 98 hours, which was my typical work schedule. Defendant paid me 80 hours at

[1] *See* Exhibit 1- Paycheck 10/26/20.

$8.70 per hour for a total of $696.00, and then supplemented this pay with $264.00 of "Documenting, Mileage" for a total of $960.00. $960.00 divided by 80 hours equates to my base hourly rate of pay of $12.00 per hour. However, for the 18 hours I worked in excess of 40 hours each workweek, SHHC only paid me $13.05 per hour, which is one and one-half times $8.70 per hour.

8. SHHC's above policy or practice ensured that it paid its hourly home health employees, including its HHAs, at the lowest possible overtime rate permitted in Ohio.

9. I did not travel between clients as I only had one client, thus, SHHC's only purpose of paying me "Documenting, Mileage" was to avoid properly paying me overtime at one and one-half times my actual regular rate of pay, to wit, $12.00 per hour. In fact, SHHC informed me it was not going to pay me an overtime rate based on my base hourly rate of pay of $12.00 per hour.

10. As a result of SHHC's pay policies and practices described herein, home health employees were not fully and properly compensated an overtime rate of one and one-half times our regular rates of pay for all hours worked in excess of 40 in a workweek.

11. I complained to SHHC about not being paid the proper amount of overtime for my overtime hours, and SHHC's owner Elias informed me that it was not going to pay me a proper overtime amount.

12. I then sought legal counsel and filed a Complaint alleging SHHC violated the Fair Labor Standards Act ("FLSA") and Ohio law. Thereafter, SHHC terminated my employment by removing me from my only client and not placing me with another client.

13. SHHC specifically retaliated against me for complaining about not being paid overtime and then filing a Complaint alleging FLSA violations.

14. My experience was not unique to me. I am aware that SHHC's pay policies and practices described herein and companywide and apply to all home health employees. SHHC used its policies or practices to make it appear as though its home health employees were paid properly when in fact we were not. Instead, the overtime we were paid was based on the minimum wage rather than our actual rates of pay.

15. SHHC's home health employees regularly worked 40 or more hours per workweek, but we were regularly undercompensated and not paid for all hours worked because of SHHC's policies and/or practices described herein.

16. As a result of SHHC's pay policies and practices described herein, SHHC's home health employees were not paid overtime for all overtime hours worked.

17. SHHC was aware that home health employees were not being fully compensated all overtime wages for all hours worked due to SHHC's pay policies and/or practices described herein, and in fact, SHHC specifically devised a pay structure to avoid paying the proper overtime rate of pay.

18. I am aware that other current and/or former SHHC home health employees are likely interested in joining this lawsuit and that they would want to receive notice of this lawsuit.

19. I anticipate that if other SHHC home health employees that have not yet joined this case were made aware of their right to participate in this lawsuit and pursue unpaid overtime wages, those workers/employees would come forward and join this case.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. Executed on Mar 26, 2021.

Kasana Cockrell
Kasana Cockrell (Mar 26, 2021 22:36 EDT)

Kasana Cockrell

# EXHIBIT 1

10/26/2020

Kasana Cockrell

0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Kasana Cockrell
5362 Cambria Way
westerville OH 43081

**EMPLOYER**
SPRING HOME HEALTH CARE, LLC
104 N. Hamilton Rd
Gahanna OH 43230
614-776-4242

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 10/04/2020 |
| Period Ending: | 10/17/2020 |
| Pay Date: | 10/26/2020 |
| Total Hours: | 98.00 |

**EMPLOYEE**
Kasana Cockrell
5362 Cambria Way
westerville OH 43081

| **NET PAY:** | **$1,055.50** |
|---|---|
| Acct#....7206: | $1,055.50 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 8.70 | 696.00 | 10,473.00 |
| Hourly 2 | - | - | 0.00 | 3,654.00 |
| Overtime Pay | 18.00 | 13.05 | 234.90 | 574.20 |
| Documenting, Mileage | - | - | 264.00 | 5,372.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Cash Advance | 0.00 | 240.00 |
| CPR | 0.00 | 49.95 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 74.09 | 1,244.54 |
| Medicare | 17.32 | 291.06 |
| OH Income Tax | 18.12 | 204.99 |
| Columbus | 29.87 | 417.84 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,194.90 | $20,073.20 |
| Taxes | $139.40 | $2,158.43 |
| Deductions | $0.00 | $289.95 |

**Net Pay** **$1,055.50**