# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **KASANA COCKRELL,** on behalf of herself and others similarly situated**,** : | |
| : | CASE NO. 2:21-cv-00346 |
| Plaintiff, : | |
| : | JUDGE SARAH D. MORRISON |
| vs. : | |
| : | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| **SPRING HOME HEALTH CARE LLC**, : | |
| : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Kasana Cockrell and Defendant Spring Home Health Care LLC, by and through their respective counsel, hereby stipulate and agree to dismiss this action with prejudice.

Respectfully submitted,

**COFFMAN LEGAL, LLC**

By:/s/ *Adam C. Gedling*
Matthew J.P. Coffman (0085586)
Adam C. Gedling (0085256)
1550 Old Henderson Road, Suite 126
Columbus, Ohio 43220
Telephone: (614) 949-1181
Facsimile: 614.386.9964
Email: mcoffman@mcoffmanlegal.com
            agedling@mcoffmanlegal.com

*Counsel for Plaintiff and others similarly Situated*

By: */s/ Sanjay K. Bhatt*
Sanjay K. Bhatt (0063913)
2935 Kenny Road, Suite 225
Columbus, Ohio 43221
Telephone: (614) 222-4900
Facsimile: (614) 334-5080
Email: bhattlawoffice@gmail.com

*Counsel for Defendant,*
*Spring Home Health Care, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of February 2022, a true and accurate copy of the forgoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                  */s/ Adam C. Gedling*
                                                                  Adam C. Gedling